# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: | Northern District of California

U.S. District Court case number: | 4:20-cv-03454-HSG

Date case was first filed in U.S. District Court: | 05/21/2020

Date of judgment or order you are appealing: | 06/17/2020

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiffs:
Robin Hall
Steven Summers

Is this a cross-appeal?   ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

3701 Wilshire Blvd.

Suite 208

City: Los Angeles   State: CA   Zip Code: 90010

Prisoner Inmate or A Number (if applicable):

**Signature** Alexander Prieto   **Date** Jun 23, 2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                                                       *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Plaintiffs:<br>Robin Hall<br>Steven Summers |

Name(s) of counsel (if any):

| |
|---|
| Alexander Prieto<br>Richard Rothschild<br>Antionette Dozier |

Address: 3701 Wilshire Blvd, Los Angeles, CA 90010

Telephone number(s): 213-235-2614; 213- 487-7211

Email(s): aprieto@wclp.org; rrothschild@wclp.org;adozier@wclp.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Defendants:<br>United States Department of Agriculture<br>George Ervin "Sonny" Perdue III |

Name(s) of counsel (if any):

| |
|---|
| Joseph H. Hunt<br>Eric Womack<br>Rachael L. Westmoreland |

Address: 1100 L St., NW, Washington, DC 20005

Telephone number(s): 202-514-1280

Email(s): Rachael.Westmoreland@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                          *1*                                          *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Plaintiffs: Robin Hall
Steven Summers

Name(s) of counsel (if any):

Lindsay Nako
Jocelyn D. Larkin

Address: 2080 Addison Street, Suite 5

Telephone number(s): 510-845-3473

Email(s): lnako@impactfund.org; jlarkin@impactfund.org;

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                          2                                   *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Plaintiffs: Robin Hall
Steven Summers

Name(s) of counsel (if any):
David S. Nahmias

Address: 2080 Addison Street, Suite 5

Telephone number(s): 510-845-3473

Email(s): dnahmias@impactfund.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                     2                              *New 12/01/2018*