# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBIN HALL** and **STEVEN SUMMERS**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE** and **GEORGE ERVIN "SONNY" PERDUE III**, in his official capacity as United States Secretary of Agriculture,<br><br>Defendants. | Case No. 4:20-cv-03454-HSG<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION** |

The Court hereby grants Plaintiffs' Administrative Motion for Leave to File Statement of Recent Decision. The Statement of Recent Decision is filed with the Court.

**IT IS SO ORDERED.**

Dated: 9/18/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge