UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ROBIN HALL and STEVEN SUMMERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE and KEVIN SHEA, in his official capacity as Acting United States Secretary of Agriculture,<br><br>Defendants. | CASE NO. 4:20-CV-03454-HSG<br><br>**ORDER**<br><br>Re: Docket No. 60<br><br>Hon. Haywood S. Gilliam, Jr. |

Upon consideration of the Parties' Joint Motion to Extend Stay, it is hereby **ORDERED** that the Parties' Motion is **GRANTED**. The above captioned case is hereby **STAYED** until March 26, 2021. The parties are further **DIRECTED** to file a status report by March 26, 2021.

**IT IS SO ORDERED.**

Dated: 2/24/2021

*(signature)*

Haywood S. Gilliam, Jr.
United States District Judge

*Hall, et al. v. USDA, et al.*, 4:20-cv-03454-HSG-Order